# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 136 EAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
DAVID PATTERSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.